ISIDOR MINTZ, Respondent, v. WILLIAM MINTZ, Appellant.

*Partnership — receiver — stay of proceedings pending appeal vacated where new receiver appointed on consent — order appointing receiver affirmed.*

Appeal from an order of the Supreme Court, entered in the New York county clerk's office May 12, 1922, appointing a receiver of copartnership assets and

enjoining the defendant *pendente lite* from removing or disposing of the partnership property or interfering with the receiver in the continuance of the business.    Also motion by appellant for an order staying proceedings by the receiver pending appeal from said order.

PER CURIAM: It having been made to appear to the court upon the application for a stay pending the appeal from the order appointing a receiver herein that, upon the objections made to the personality of the receiver, the Special Term has entered an order on consent appointing a receiver acceptable to both parties, the stay heretofore granted is vacated and the order appealed from affirmed in so far as it determined that a receiver should be appointed and provided for the incidental duties and the necessary injunctions to make such order effective. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ. Stay vacated and order affirmed in so far as it determined that a receiver should be appointed and provided for the incidental duties and the necessary injunctions to make said order effective.    Settle order on notice.

———

PATRICK J. DONOVAN, Appellant, v. THE CUNARD STEAMSHIP COMPANY, LTD., Respondent.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JAMES BAXTER, Respondent, v. TRUMPBOUR-WHITEHEAD BRASS & COPPER Co., INC., Appellant.— Judgment and order affirmed, with costs.   No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PETER S. O'HARA and Another, Appellants, v. FIRST TRUST AND DEPOSIT COMPANY, as Executor, etc., of DWIGHT H. MURRAY, Deceased, and Another, Respondents.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.